

APPENDIX G

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

V.  :  12  5296
   :  Civil Action
   :  No: _____

## DISCLOSURE STATEMENT FORM

Please check one box:

☑ The nongovernmental corporate party, <u>Pivotal Partners Group,</u> LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

9/14/12
Date

Roberta Jacobs-Meadway
Signature

Counsel for: Plaintiff Pivotal Partners Group, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a)  WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
      (1)  identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or

      (2)  states that there is no such corporation.

  (b)  TIME TO FILE; SUPPLEMENTAL FILING. A party must:
      (1)  file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
      (2)  promptly file a supplemental statement if any required information changes.